## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Luis Rodriguez<br>Jennifer Leigh Rodriguez a/k/a Jennifer Leigh Ackerman<br>            Debtor(s) | BK NO. 20-00362 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/ *Michael Farrington*
                                          Michael Farrington
                                          04 Jan 2024, 14:15:57, EST

                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322