Certificate Number: 17082-PAM-DE-039588510

Bankruptcy Case Number: 20-00362



17082-PAM-DE-039588510

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 23, 2025, at 9:27 o'clock AM MST, JENNIFER LEIGH RODRIGUEZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 24, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director