United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael Luis Rodriguez  
Jennifer Leigh Rodriguez  
    Debtors

Case No. 20-00362-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Apr 24, 2025      Form ID: 3180W      Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Luis Rodriguez, Jennifer Leigh Rodriguez, 268 Snow Valley Drive, Drums, PA 18222-1139 |
| 5296949 | + | AFSA/SLFA, 501 Bleeker Street, Utica, NY 13501-2401 |
| 5296960 | + | Commonwealth Health, PO Box 1280, Oaks PA 19456-1280 |
| 5296961 | + | Commonwealth Health, PO Box 637907, Cincinnati OH 45263-7907 |
| 5296967 | + | Geisinger, PO Box 27727, Newark NJ 07101-7727 |
| 5296969 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia PA 19178-1733 |
| 5296977 | | Nationstar Mortgage, PO Box 199111, Dallas TX 75281-9111 |
| 5347087 | + | Navient PC Trust, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 5296979 | | PNC Educational Loan Center, PO Box 757, Pittsburgh, PA 15265-0001 |
| 5296988 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, US Dept of Edu AFSA, PO Box 7202, Utica NY 13504-7202 |
| 5296991 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati OH 45263-7907 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 24 2025 22:36:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 24 2025 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5296947 | + | Email/Text: bncnotifications@pheaa.org | Apr 24 2025 18:38:00 | AES, PO Box 61047, Harrisburg PA 17106-1047 |
| 5296948 | + | Email/Text: bncnotifications@pheaa.org | Apr 24 2025 18:38:00 | AES/PHEAA, PO Box 61047, Harrisburg PA 17106-1047 |
| 5297573 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 24 2025 18:39:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5296950 | + | Email/PDF: bncnotices@becket-lee.com | Apr 24 2025 18:45:34 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 5302920 | | Email/PDF: bncnotices@becket-lee.com | Apr 24 2025 18:45:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5296951 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 24 2025 18:39:00 | American Honda Finance, 200 Continental Drive, Newark, DE 19713-4336 |
| 5296952 | + | EDI: CITICORP | Apr 24 2025 22:36:00 | Best Buy CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5296955 | ^ | MEBN | Apr 24 2025 18:34:25 | CBCS, PO Box 2724, Columbus OH 43216-2724 |
| 5296958 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 24 2025 18:38:00 | Citizens Bank, 1 Citizens Drive, Riverside RI |

| | | | | |
| --- | --- | --- | --- | --- |
| 5296953 | + | EDI: CAPITALONE.COM | | 02915 |
| | | | Apr 24 2025 22:36:00 | Capital One, PO Box 5253, Carol Stream IL 60197-5253 |
| 5296954 | + | EDI: CAPITALONE.COM | Apr 24 2025 22:36:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5299595 | | EDI: CAPITALONE.COM | Apr 24 2025 22:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5296956 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2025 18:39:00 | Chrysler Capital, PO Box 961275, Fort Worth TX 76161-0275 |
| 5296957 | + | EDI: CITICORP | Apr 24 2025 22:36:00 | Citi Bank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 5296959 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 24 2025 18:38:00 | Commercial Acceptance Company, 2300 Gettysburg Rd. #102, Camp Hill, PA 17011-7303 |
| 5296963 | | Email/Text: bdsupport@creditmanagementcompany.com | Apr 24 2025 18:39:00 | Credit Management Company, PO Box 16346, Pittsburgh PA 15242-0346 |
| 5296962 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 24 2025 18:39:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5296964 | + | EDI: MAXMSAIDV | Apr 24 2025 22:36:00 | Dept. of Education/Navient, PO Box 9635, Wilkes Barre PA 18773-9635 |
| 5296965 | + | EDI: CITICORP | Apr 24 2025 22:36:00 | Fred Meyer-Fox/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5296966 | ^ | MEBN | Apr 24 2025 18:34:06 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5296968 | + | EDI: CITICORP | Apr 24 2025 22:36:00 | Good Year CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5319042 | | EDI: JEFFERSONCAP.COM | Apr 24 2025 22:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5296971 | | Email/Text: Legal_Fax@lincare.com | Apr 24 2025 18:38:00 | Lincare Inc., PO Box 105760, Atlanta GA 30348-5760 |
| 5319451 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 18:44:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5296970 | + | EDI: LENDNGCLUB | Apr 24 2025 22:36:00 | Lending Club, 71 Stevenson Suite 300, San Francisco, CA 94105-2985 |
| 5319594 | + | EDI: LENDNGCLUB | Apr 24 2025 22:36:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 5296972 | | Email/Text: camanagement@mtb.com | Apr 24 2025 18:39:00 | M&T Bank, 1 Fountain Plaza Floor 4, Buffalo NY 14203 |
| 5296976 | | Email/Text: EBN@Mohela.com | Apr 24 2025 18:38:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5296973 | + | EDI: PARALONMEDCREDT | Apr 24 2025 22:36:00 | Medicredit Inc., PO Box 1629, Maryland Heights MO 63043-0629 |
| 5296974 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2025 18:45:01 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5296975 | + | Email/Text: mmrgbk@miramedrg.com | Apr 24 2025 18:39:00 | MiraMed Revenue Group LLC, PO Box 536, Linden MI 48451-0536 |
| 5318339 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2025 18:38:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 5309292 | + | Email/Text: RASEBN@raslg.com | Apr 24 2025 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Fairfield, NJ 07004-2927 |
| 5296978 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 24 2025 18:45:35 | Navient, PO Box 9655, Wilkes Barre PA 18773-9655 |
| 5306260 | | Email/PDF: bankruptcy_prod@navient.com | Apr 24 2025 18:45:18 | Navient PC TRUST, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5476089 | | EDI: PRA.COM | Apr 24 2025 22:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5476090 | | EDI: PRA.COM | Apr 24 2025 22:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5296980 | | Email/Text: pasi_bankruptcy@chs.net | Apr 24 2025 18:38:00 | Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5296982 | | EDI: SYNC | Apr 24 2025 22:36:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5296983 | + | EDI: SYNC | Apr 24 2025 22:36:00 | SYNCB/Lowes, PO Box 965036, Orlando FL 32896-5036 |
| 5296984 | | EDI: SYNC | Apr 24 2025 22:36:00 | SYNCB/Paypal Credit, PO BOX 965005, Orlando, FL 32896-5005 |
| 5296985 | | EDI: SYNC | Apr 24 2025 22:36:00 | SYNCHB/ASHLEY HOMESTORES, PO Box 965036, Orlando, FL 32896-5036 |
| 5296981 | + | EDI: SYNC | Apr 24 2025 22:36:00 | SyncB Google, PO Box 965039, Orlando, FL 32896-5039 |
| 5297148 | ^ | MEBN | Apr 24 2025 18:34:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5296986 | + | EDI: SYNC | Apr 24 2025 22:36:00 | Synchrony Bank Sams Club, PO Box 965036, Orlando FL 32896-5036 |
| 5296987 | | EDI: USBANKARS.COM | Apr 24 2025 22:36:00 | US Bank, PO Box 108, St. Louis MO 63166-0108 |
| 5296989 | + | EDI: G2RSVOLKSWGN | Apr 24 2025 22:36:00 | VW Credit Inc., 1401 Franklin BLVD, Libertyville IL 60048-4460 |
| 5316947 | | EDI: AIS.COM | Apr 24 2025 22:36:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5296990 | + | Email/PDF: DellBKNotifications@resurgent.com | Apr 24 2025 18:45:02 | WebBank/DFS, PO Box 81607, Austin TX 78708-1607 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC, Nationstar Mortgage LLC |
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 5320077 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Michael Luis Rodriguez zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| J. Zac Christman | on behalf of Debtor 2 Jennifer Leigh Rodriguez zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 2 Jennifer Leigh Rodriguez johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| John Fisher | on behalf of Debtor 1 Michael Luis Rodriguez johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br>Michael Luis Rodriguez<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−5528<br>EIN  __−_____ | |
| Debtor 2<br>(Spouse, if filing)<br>Jennifer Leigh Rodriguez<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−2085<br>EIN  __−_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:20−bk−00362−MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Luis Rodriguez

Jennifer Leigh Rodriguez
aka Jennifer Leigh Ackerman

**By the court:**

4/24/25

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W          **Chapter 13 Discharge**          page 2