United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 20-00362-MJC
Michael Luis Rodriguez  Chapter 13
Jennifer Leigh Rodriguez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: Aug 20, 2025    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Luis Rodriguez, Jennifer Leigh Rodriguez, 268 Snow Valley Drive, Drums, PA 18222-1139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 2 Jennifer Leigh Rodriguez zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| J. Zac Christman | on behalf of Debtor 1 Michael Luis Rodriguez zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

John Fisher
    on behalf of Debtor 2 Jennifer Leigh Rodriguez johnvfisher@yahoo.com fisherlawoffice@yahoo.com

John Fisher
    on behalf of Debtor 1 Michael Luis Rodriguez johnvfisher@yahoo.com fisherlawoffice@yahoo.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael Luis Rodriguez,<br>**Debtor 1** | Chapter 13 |
| Jennifer Leigh Rodriguez,<br>aka Jennifer Leigh Ackerman,<br>**Debtor 2** | Case No. 5:20−bk−00362−MJC |

Social Security No.:
    xxx−xx−5528    xxx−xx−2085

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: August 20, 2025

**fnldec** (01/22)